

# Fourth Court of Appeals
## San Antonio, Texas

Thursday, March 19, 2015

No. 04-14-00643-CR

Lonnie **PRICE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR9144
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

The Appellant's motion for extension of time to file the brief is GRANTED. Time is extended to March 27, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court